UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ALEMAN, and MARCIAL E. ALEMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02812-SAB (PJWx)<br><br>**ORDER DISMISSING ACTION**<br><br>**[ECF NO. 24]** |

  Before the Court is the parties' Stipulation of Dismissal of Plaintiffs' Christina and Marcial E. Aleman's Claims Without Prejudice, ECF No. 24. The parties stipulate that the above-captioned matter be dismissed without prejudice, with each party to bear their own costs.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiffs' Christina and Marcial E. Aleman's Claims Without Prejudice, ECF No. 24, is **GRANTED**.

2. All of Plaintiffs' claims against all parties in the above-captioned civil action, including those parties who have not entered their appearance and/or signed the Stipulation, are **DISMISSED** without prejudice, with each party to bear their own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 12th day of July 2021.

_____
Stanley A. Bastian
United States District Court

ORDER DISMISSING ACTION ~ 2